IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARRELL W. BUMPAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:09-00523 |
| v. ) | JUDGE HAYNES |
| ) | |
| CORRECT CARE SOLUTIONS, et al., ) | |
| ) | |
| Defendant. | |

## ORDER

Pursuant to the mandate issued by the Sixth Circuit Court of Appeals, Plaintiff is hereby **ORDERED** to file a new application to proceed *in forma pauperis*. Plaintiff shall also file an affidavit accompanying that application that sets forth with specificity the sources and amounts of any and all income, benefits, or assets used to support himself and his family for the past twelve (12) months, including, but not limited to: regular wages, Supplemental Security Income (SSI) payments, food stamps, worker's compensation, unemployment compensation, real and personal property, etc.

Plaintiff is forewarned that failure to provide the required affidavit within the time frame specified will result in the denial of his application to proceed *in forma pauperis*. Furthermore, a failure to respond to the Court's Order could result in a dismissal of this action.

It is so **ORDERED**.

**ENTERED** this the 26th day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge