IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DARRELL W. BUMPAS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-0523 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| CORRECT CARE SOLUTIONS, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 85) that the Plaintiff, Darrell W. Bumpas's pro se motion to proceed in forma pauperis (Docket Entry No. 25) be granted and that the Plaintiff's complaint be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court granted Plaintiff's motions for extension of time to filed objections. (Docket Entry Nos. 92 and 95). Plaintiff filed his objections (Docket Entry No. 109) that the Court reviewed. Yet, in the interim, Plaintiff filed numerous motions and documents. (Docket Entry Nos. 99 through 108). Plaintiff has continued with his multiple filings. (Docket Entry Nos. 110 through 117 and 118).

After de novo review, the Court **ADOPTS** the Report and Recommendation (Docket Entry No. 85) and the Plaintiff's pro se motion to proceed in forma pauperis (Docket Entry No. 25) is **GRANTED** and the Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B). All other pending motions (Docket Entry Nos. 99, 108, 113 and 122) are **DENIED as moot.**

This is the Final Order in this action.

Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

**ENTERED** this the _27th_ day of January, 2011.

WILLIAM J. HAYNES, JR.
United States in Judge